**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 1:22-MJ-012** |
| | ) | |
| **JASON TIMOTHY DEAN** | ) | |

### GOVERNMENT'S MOTION TO UNSEAL

Comes now the United States of America, by and through Margaret E. Heap, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, and files this Motion to Unseal.

The Government moves the Court to lift the seal with respect to the entire case, including all filings already existing and filed after the date of the Order.

A proposed order is attached for the Court's consideration.

Respectfully submitted this 15th day of June 2026.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

***/s/ Tara M. Lyons***
Tara M. Lyons
Assistant United States Attorney
South Carolina Bar No. 16573
P.O. Box 2017
Augusta, Georgia 30903
(706) 826-4532
tara.lyons@usdoj.gov